AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

N.I.F. Services of N.J.

v.

Ming Ling Yau

**APPEARANCE**

Case Number: 04-2345

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

6/3/05
Date

Signature

JEFFREY TECHENTIN 6651
Print Name Bar Number

ONE CITIZENS PL. 8th FL.
Address

PROVIDENCE RI 02903
City State Zip Code

401-274-7200 401 351-4607
Phone Number Fax Number

17