AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

NIF Services
v.
Ming Ling Yan

**APPEARANCE**

Case Number: 04-2345

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Ming Ling Yan

I certify that I am admitted to practice in this court.

6/3/05
Date

[signature]
Signature

Dennis T. Grieco #5057
Print Name / Bar Number

One Turks Head Place, 900
Address

Prov., RI 02903
City / State / Zip Code

274-6644 331-9704
Phone Number / Fax Number