UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

N.I.F. SERVICES OF NEW JERSEY, FOR CERTAIN UNDERWRITERS AT LLOYD'S, as subrogee of RICHARD CESANA

v.

C.A. NO: 04-234S

MING LING YAU

## DISMISSAL STIPULATION

The above matter is hereby dismissed with prejudice; no interest, no costs.

Plaintiff,

N.I.F. SERVICES OF NEW JERSEY, FOR CERTAIN UNDERWRITERS AT LLOYD'S, as subrogee of RICHARD CESANA

By its Attorneys,

Geoffrey W. Millson #6483
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604/351-4607 fax

Defendants,

MING LING YAU
By his Attorneys:

Michael R. De Luca #3663
GIDLEY, SARLI 7 MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

Dated: 8.12.05

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/30/05